**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No. 19-CR-00567 |
| Appellee, | ) | |
| | ) | |
| v. | ) | Honorable Harry D. Leinenweber |
| | ) | |
| | ) | |
| Robert Sylvester Kelly    , | ) | |
| | ) | |
| Appellant. | ) | |

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

NOW COMES Defendant ROBERT S KELLY, a prisoner at Metropolitan Correctional Center, by and through his attorneys ASHLEY COHEN and JENNIFER BONJEAN of the BONJEAN LAW GROUP, and pursuant to Circuit Rule 3(c) submits the following docketing statement:

1.      The jurisdiction of the United States District Court for the Northern District of Illinois was founded upon 18 U.S.C. § 3231.

2.      The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. § 1291 and 18 U.S.C. § 3642 and is based in the following particulars:

i.      On September 14, 2022, a jury found Appellant Robert S. Kelly guilty of counts one, two, three, nine, ten and twelve of the superseding indictment after a plea of not guilty. Counts one, two and three were offenses in violation of 18 U.S.C. § 2251(a) and counts nine, ten and twelve were offenses in violation of 18 U.S.C. § 2422(b). The Appellant was found not guilty on counts four through eight, eleven and thirteen of the superseding indictment.

ii.     On February 16, 2023, the District Court denied Appellant's Motion for a

Judgment of Acquittal pursuant to Fed. R. Crim. P. 29 and Motions for a New Trial pursuant to

Fed. R. Crim. P. 33.

iii.     On February 23, 2023, Appellant was sentenced to 228 months on counts one,

two and three to run concurrent to all other counts and his thirty-year sentence in *USA v. Kelly*,

19-cr-286 (E.D.N.Y.); 12 months on counts one, two and three to run concurrent to all other

counts but consecutive to his sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.); 180 months on

counts nine and twelve to run concurrent to all other counts and his sentence in *USA v. Kelly*, 19-

cr-286 (E.D.N.Y.) and 120 months on count ten to run concurrent to all other counts and his

sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.).

3.     Judgment was entered on March 7, 2023.

4.     Notice of Appeal was timely filed on March 9, 2023.


BY:     /s/ ASHLEY COHEN

Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3483
Email: Ashley@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604