# 23-1449

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Appellee, <br><br> v. <br><br> **ROBERT SYLVESTER KELLY**, <br><br> Appellant. | The Honorable Harry D. Leinenweber, Judge Presiding |

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Appellant Robert S. Kelly, by and through his attorney, Jennifer Bonjean of the Bonjean Law Group, hereby files this Motion for an Extension of Time to File Appellant's Opening Brief. In support thereof, Appellant submits the attached declaration and states as follows:

1. On September 14, 2022, a jury found Appellant Robert S. Kelly guilty of counts one, two, three, nine, ten and twelve of the superseding indictment after a plea of not guilty. Counts one, two and three were offenses in violation of 18 U.S.C. § 2251(a) and counts nine, ten and twelve were offenses in violation of 18 U.S.C. § 2422(b). The Appellant was found not guilty on counts four through eight, eleven and thirteen of the superseding indictment.

2. On February 16, 2023, the District Court denied Appellant's Motion for a Judgment of Acquittal pursuant to Fed. R. Crim. P. 29 and Motions for a New Trial pursuant to Fed. R. Crim. P. 33.

3. On February 23, 2023, Appellant was sentenced to 228 months on counts one, two and three to run concurrent to all other counts and his thirty-year sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.); 12 months on counts one, two and three to run concurrent to all other

counts but consecutive to his sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.); 180 months on counts nine and twelve to run concurrent to all other counts and his sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.) and 120 months on count ten to run concurrent to all other counts and his sentence in *USA v. Kelly*, 19-cr-286 (E.D.N.Y.).

4. Judgment was entered on March 7, 2023.

5. Notice of Appeal was timely filed on March 9, 2023.

6. On March 9, 2023, this Court ordered the transcript information sheet to be filed by March 23, 2023, and the opening brief to be filed by April 18, 2023.

7. The docketing statement was filed on March 14, 2023. The transcript information sheet was filed on March 22, 2023, with an amended version filed on March 24, 2023.

8. On April 7, 2023, undersigned counsel filed his first motion for an extension of time to file his brief which was granted that same day.

9. Undersigned counsel received all the transcripts totaling over 4000 pages on April 14, 2023.

10. Appellant's brief is presently due on May 18, 2023.

11. Appellant is seeking a forty-five-day extension of time until July 3, 2023, to file his opening brief pursuant to Local Circuit Court 26 where undersigned counsel is unable to adequately consult with her client prior to the current due date and she is engaged in an exceptional amount of other litigation fully explained in counsel's attached declaration.

12. This is Appellant's second request for an extension of time to file his opening brief.

13. The government has no objection to this motion.

Respectfully submitted,
/s/ JENNIFER BONJEAN

BONJEAN LAW GROUP PLLC
750 Lexington Avenue, 9th Floor
New York, NY 10022
718-875-1850
Jennifer@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604

## DECLARATION OF JENNIFER BONJEAN

JENNIFER BONJEAN, of full age and having been duly sworn according to law, hereby declares the following:

1. I am an attorney licensed to practice in the State of Illinois, United States District Court for the Northern District of Illinois and Court of Appeals for the Seventh Circuit.

2. I am the owner and founder of the Bonjean Law Group, PLLC with offices in New York at 750 Lexington Avenue, 9th Floor, New York, New York 10022 and in Illinois at 53 W. Jackson Blvd, Suite 315, Chicago, Illinois 60604.

3. I submit this declaration in support of Appellant's Motion for an Extension of Time to File his Opening Brief pursuant to Local Circuit Rule 26 and Federal Rule of Appellate Procedure 26(b).

4. The Bonjean Law Group is a boutique law firm comprised of myself, one managing partner and one part-time paralegal. Undersigned counsel's firm has an extensive caseload of over 70 cases with undersigned counsel predominantly responsible for the firm's appellate work. Specifically, undersigned counsel is responsible for digesting Appellant's record, drafting the brief and consulting with Appellant prior to filing his opening brief. Due to undersigned counsel's engagement in other litigations, she is unable to complete Appellant's brief by May 18 and is seeking a forty-five-day extension until July 3, 2023 to file his brief.

5. The professional obligations set forth below are not an exhaustive list of counsel's other obligations, however, those identified require a substantial amount of work and already have undersigned counsel working 80-hour work weeks at the present. These engagements have impacted undersigned's ability to turn her full attention to Appellant's brief - which he surely is entitled to.

6. To be specific, undersigned counsel filed a 116-page opening brief in the United States Court of Appeals for the Second Circuit in *United States vs. Robert Sylvester Kelly,* 22-1481 and 22-1982 (consolidated) on April 19, 2023. That appeal stems from Mr. Kelly's September 27, 2021, convictions for racketeering and multiple Mann Act violations following a

six-week jury trial in the Eastern District of New York. *United States of America v. Kelly,* 19-cv-286. Undersigned counsel was fully consumed with that opening brief for several weeks.

  7. On April 27, 2023, undersigned counsel had a continued post-conviction evidentiary hearing in the matter of *People v. Michael Samanta,* 20002-CR-6639 on April 27, 2023. This case stems from a reversal and remand from the Illinois Appellate Court which was issued on September 4, 2020. *People v. Samanta,* 2020 IL App (1st) 171504-U.

  8. On April 28, 2023, undersigned counsel had a seven-hour deposition of Plaintiff's police practice expert in *Maysonet v. Guevara,* 18-cv-02342 (N.D.Ill.) which also required several hours of preparation prior to the deposition. This lawsuit derives from a 1990 arrest and conviction of Mr. Maysonet who served twenty-seven years for a double murder he did not commit.

  9. On May 1, 2023, undersigned counsel had a motion to dismiss Plaintiffs' complaint in *Bernard, et. al., v. Cosby, et. al.,* 952009/2022 (N.Y. Sup. Civ.). Today, on May 5, 2023, undersigned counsel has to file another motion to dismiss Plaintiff's complaint in *Pinkerton v. Cosby, et. al.,* 952001/2023 (N.Y. Sup. Civ.). Both of these lawsuits stem from decades-old allegations of sexual misconduct from the late 1980s and early 1990s.

  10. Between May 10, 2023 and May 17, 2023, undersigned counsel has four depositions in the matter of *Ochoa v. Lopez*, 20-cv-02977 (N.D. Ill.) which cannot be rescheduled as there is an impending fact discovery deadline of June 30, 2023, in that case.

  11. On June 7, 2023, undersigned counsel has an opening brief due in the Eighth Circuit Court of Appeals in *United States v. James Timothy Norman,* 23-1473, a direct appeal which stems from September 16, 2022, conviction for conspiracy to commit murder-for-hire a nine-day jury, murder-for-hire, and conspiracy to commit mail or wire fraud following a nine-day jury trial.

  12. Finally, On June 8, 2023, undersigned counsel has an opening brief due in this court in the matter of *United States v. Shawn Baldwin,* 21-2925. Mr. Baldwin was convicted on February 26, 2019 following a three week trial on eight counts of fraud. He was sentenced on

October 18, 2021 to 204 months on each count with all terms to run concurrently. His direct appeal was stayed pending retention of counsel. Undersigned counsel filed her appearance on March 22, 2023 and is presently prioritizing that deadline.

      13. Furthermore, and most importantly, Mr. Kelly was transferred from the Metropolitan Correctional Center in Chicago, Illinois to FCI Butner in North Carolina on or around April 24, 2023. Undersigned counsel has limited access to Mr. Kelly and is unable to meaningfully consult with him before the current May 18 deadline. Furthermore, Mr. Kelly is functionally illiterate so counsel must confer with Mr. Kelly in person for extended periods of time to read and review each of the filings submitted on his behalf. This proves even more difficult where undersigned counsel resides in New York while Mr. Kelly is now in North Carolina. Granting undersigned counsel's motion for an extension will give her the opportunity to visit Mr. Kelly and have meaningful discussions with him regarding this pending appeal.

      14. The Sixth Amendment guarantees a criminal defendant the right to effective assistance of counsel on his first appeal as of right. *Vinyard v. United States,* 804 F.3d 1218, (7th Cir. 2016). As the United State Supreme Court has held "the need for forceful advocacy does not come to an abrupt halt as the legal proceeding moved from the trial to appellate stage. Both stages of the prosecution, although perhaps involving unique legal skills, require careful advocacy to ensure that rights are not forgone, and that substantial legal and factual arguments are not inadvertently passed over." *Penson v. Ohio,* 488 U.S. 75, 85 (1988).

      15. With these principles in mind, undersigned counsel needs adequate time to consult with Mr. Kelly in order to competently represent him on direct appeal.

      16. The government has no objection to Mr. Kelly's extension request.

      17. For the reasons set forth above, undersigned counsel seeks a forty-five-day extension of time until July 3, 2023 to file his opening brief in this matter.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed: May 5, 2023 | /s/ JENNIFER BONJEAN<br>JENNIFER BONJEAN<br><br>BONJEAN LAW GROUP PLLC<br>750 Lexington Avenue, 9th Floor<br>New York, NY 10022<br>718-875-1850<br>Jennifer@bonjeanlaw.com<br><br>**Chicago Office:**<br>Bonjean Law Group, PLLC<br>53 W. Jackson Blvd., Suite 315<br>Chicago, Illinois 60604 |

**CERTIFICATE OF SERVICE**

    I, Jennifer Bonjean, an attorney, certify that I electronically filed the foregoing on May 5, 2023 with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Jennifer Bonjean