# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 26, 2024

Before

DIANE S. SYKES, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 23-1449 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ROBERT SYLVESTER KELLY,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cr-00567-1<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

The judgment of the District Court is AFFIRMED in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)